IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  CHAPTER 11

Fayetteville Marketfair Investors, LLC  CASE NO. 09-10859-8-RDD

Debtor.

## AFFIDAVIT OF STEFAN JOHANSSON

I, Stefan Johansson, being first duly sworn, depose and say that:

1. I am over the age of eighteen, have no legal disabilities, and have personal knowledge of the facts and information contained herein, including the information contained in the attached documents.

2. I am a managing member of Fayetteville Marketfair Investors, LLC.

3. I signed the Chapter 11 Bankruptcy petition filed on December 14, 2009 and the Schedules and Statement of Financial Affairs filed on January 4, 2010.

4. I reviewed the Petition, Schedules and Statement of Financial Affairs before they were filed with this court and all were accurate to the best of my knowledge.

5. I understand the importance of complying with all the necessary requirements while Fayetteville Marketfair Investors, LLC is in bankruptcy, including timely filing all monthly reports.

6. I am familiar with the events that lead to the filing of Fayetteville Marketfair Investors, LLC Chapter 11 filing and agree that counsel Rebecca Redwine's description of events at the 341 meeting were true and accurate.

7. I believe Fayetteville Marketfair Investors, LLC will be able to file a Plan of Reorganization by March 14, 2010, as set by the Court.

8. I was unable to attend the 341 Meeting held on Monday, March 1, 2010.

9. I know that Jackson Ward attended the 341 Meeting on behalf of

{00103881.DOC;Ver 1}

Fayetteville Marketfair Investors, LLC.

10. Jackson Ward is the other managing member of Fayetteville Marketfair Investors, LLC, and although he did not sign the petition, he reviewed all the information contained in the Petition, Schedules and Statement of Financial Affairs before the filing.

Further your affiant sayeth not.

This the 5th day of March, 2010.

_____
Stefan Johansson

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to and subscribed before me this the 5th day of March, 2010.

_____
Notary Public

(SEAL)

My Commission Expires: 7-28-2011

MARCELLA K. SCHMIDT
MY COMMISSION # DD 692778
EXPIRES: July 28, 2011
Bonded Thru Notary Public Underwriters

{00103881.DOC;Ver 1}